| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RONALD WILCOX ATTORNEY AT LAW<br>2160 THE ALAMEDA<br>SUITE F<br>SAN JOSE CA 95126<br>ATTORNEY FOR   PLAINTIFF | 408-296-0400<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>OF CALIFORNIA SAN JOSE DIVISION | | |
| SHORT TITLE OF CASE:<br>HARRISON  :  BARNES | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>065156 | | CASE NUMBER:<br>C07-05529 RS |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on
the date herein referred to over the age of 18 years and not a party
to the within entitled action. I served the:

   Summons in a Civil Case, Complaint and Demand for Jury Trial

On: CURTIS O. BARNES, P.C.

At: 390 W. CERRITOS AVENUE
    ANAHEIM CA 92805

In the above mentioned action by delivering to and leaving with

GREGORY O. BARNES
Whose title is: VICE-PRESIDENT

On: 11/29/07     At: 10:25AM


I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Return of service and statement of service fees is true and correct.

Person serving: MARIO ALVAREZ          Fee for service: $      74.95



All Counties Attorney Service         d.  Registered California process server
1625 E. 17th Street                   (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                   (2) Registration No. 1436
714-558-1403 FAX 714-558-0261         (3) County: LOS ANGELES
                                      (4) Expiration:  01/07/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/29/07                              >  *Mario Alvarez* (signature)
                                         SIGNATURE