AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>12/10/2007 |
| NAME OF SERVER *(PRINT)*<br>Robert Deale | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Corporate Service on Fortis Capital, LLC through Resident Agent, Agency Services of Nevada, Kelly L. Turner, Esq., 245 E. Liberty St., Suite 200, Reno, Nevada 89501

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/10/2007
                Date            *Signature of Server*

*Address of Server*

**American Process Service**
**PMB 130**
~~10580 N. McCarran Blvd. # 115~~
**Reno, NV 89503**
**Nevada License # 1088A**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.