| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RONALD WILCOX ATTORNEY AT LAW<br>2160 THE ALAMEDA<br>SUITE F<br>SAN JOSE CA 95126<br>ATTORNEY FOR   PLAINTIFF | 408-296-0400<br><br>Ref. No. or File No. | |

| Insert name of court and name of judicial district and branch if any. |
|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION |

| SHORT TITLE OF CASE: |
|---|
| HARRISON : BARNES |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 065158 | | | | C07-05529 RS |

### UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons in a Civil Case, Complaint and Demand for Jury Trial

On: DANIEL RUPP

In the above mentioned action by delivering to and leaving with the person hereinafter named, a copy thereof, at:
390 W. CERRITOS AVENUE
ANAHEIM CA 92805

On: 11/29/07  At: 10:25AM

Copies were left at the defendant's dwelling house or usual place of abode or business with a person of suitable age and discretion.

Name of person with whom the documents were left:
GREGORY O. BARNES
Whose relationship is: VICE PRESIDENT

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct.

Person serving: MARIO ALVAREZ           Fee for service:      40.00

All Counties Attorney Service          d.  Registered California process server
1625 E. 17th Street                    (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                    (2) Registration No. 1436
714-558-1403 FAX 714-558-0261          (3) County: LOS ANGELES
                                       (4) Expiration: 01/07/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/29/07                  > *[signature: Mario Alvarez]*
                                  SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RONALD WILCOX ATTORNEY AT LAW<br>2160 THE ALAMEDA<br>SUITE F<br>SAN JOSE CA 95126<br>ATTORNEY FOR   PLAINTIFF | 408-296-0400<br><br>Ref. No. or File No. | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OF CALIFORNIA SAN JOSE DIVISION

SHORT TITLE OF CASE:
HARRISON : BARNES

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 065158 | | | | C07-05529 RS |

## DECLARATION OF REASONABLE DILIGENCE

Person to serve:
    DANIEL RUPP

Documents received:
    Summons in a Civil Case, Complaint and Demand for Jury Trial

I Declare the following attempts were made to effect service
by personal delivery

    at the RESIDENCE address:
    UNKNOWN


    at the BUSINESS address:
    390 W. CERRITOS AVENUE
    ANAHEIM CA 92805

    11/27/07 04:55PM  No answer at door, Business apparently closed
    11/28/07 12:35PM  Not in at business per person in charge.
    11/29/07 10:25AM  Not in, subserved on someone in charge.

Servers Name: MARIO ALVAREZ


All Counties Attorney Service           d.  Registered California process server
1625 E. 17th Street                     (1) [ ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                     (2) Registration No. 1436
714-558-1403 FAX 714-558-0261           (3) County: LOS ANGELES
                                        (4) Expiration: 01/07/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/29/07                          >   *[signed] Mario Alvarez*

    CONFORMS WITH JUDICIAL COUNCIL FORM # POS-010    SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RONALD WILCOX ATTORNEY AT LAW<br>2160 THE ALAMEDA<br>SUITE F<br>SAN JOSE CA 95126<br>ATTORNEY FOR  PLAINTIFF | 408-296-0400<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>OF CALIFORNIA SAN JOSE DIVISION | | |
| SHORT TITLE OF CASE:<br>HARRISON  :  BARNES | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>065158 | | CASE NUMBER:<br>C07-05529 RS |

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the county of Orange State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. on 11/29/07 after substituted service under section 415.20(a) or 415.20(b) C.C.P., was made, I served the within:

Summons in a Civil Case, Complaint and Demand for Jury Trial

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at:   SANTA ANA      , California,  addressed as follows:

DANIEL RUPP

390 W. CERRITOS AVENUE
ANAHEIM CA 92805

Declarant:

All Counties Attorney Service           d.  Registered California process server
1625 E. 17th Street                     (1) [ ] Employee or [ ] Independent Contractor
Santa Ana, CA 92705                     (2) Registration No.
714-558-1403 FAX 714-558-0261           (3) County: Orange
                                        (4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/29/07                              >  SIGNATURE  *Mario Alvarez*