RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| RHONDA HARRISON, | ) Case No.: C07-05529 RS |
| | ) |
| Plaintiff, | ) **REQUEST FOR ENTRY OF DEFAULT** |
| | ) **AGAINST DEFENDANTS** |
| vs. | ) |
| | ) |
| CURTIS O. BARNES, P.C., CURTIS O. | ) |
| BARNES, FORTIS CAPITAL, LLC AND | ) |
| DANIEL RUPP, | ) |
| | ) |
| Defendants. | ) |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, RHONDA HARRISON, hereby requests that the Clerk of the above-entitled

Court enter default in this matter against the defendants, CURTIS O. BARNES, P.C., CURTIS

O. BARNES, FORTIS CAPITAL, LLC, and DANIEL RUPP on the grounds that said

defendants have failed to respond to the complaint within the time prescribed by the Federal

Rules of Civil Procedure.  Plaintiff served the complaint on defendants Curtis O. Barnes, P.C.,

Curtis O. Barnes, and Daniel Rupp on November 29, 2007 and on defendant Fortis Capital, LLC

on December 10, 2007 as is evidenced by the Certificates of Service filed with the court (Docket

#3, Docket #4, Docket #5, and Docket #6).

Plaintiff conferred with Robert Barnes, in-house counsel for Defendant Curtis O. Barnes,

P.C.  On Monday, January 7, 2008 Plaintiff requested Defendants to answer the complaints by

Friday, January 11, 2008.  At about 5 p.m. on Friday, January 11, 2008, Robert Barnes sent an e-mail claiming Defendants had hired San Francisco attorney, Tomio Narita, to represent them. Tomio Narita failed to contact Plaintiff's counsel.  Defendants failed to answer the complaint.

On Wednesday, January 16, 2008, Plaintiff's counsel faxed Tomio Narita a letter requesting he file answers to the complaints, otherwise Plaintiffs would take defaults.  Tomio Narita failed to contact Plaintiff's counsel.  Defendants have made no effort to answer the complaints or otherwise respond.


Respectfully,

Dated:  1/23/08

_____
Ronald Wilcox, Attorney for Plaintiff