1  RONALD WILCOX, Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4  Counsel for Plaintiff

5             U.S. DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
6              SAN JOSE DIVISION

7                                    ) Case No.: C07-05529 RS
                                     )
8  RHONDA HARRISON,                  )
                                     ) **DECLARATION OF RONALD WILCOX**
9           Plaintiff,               ) **IN SUPPORT OF REQUEST FOR ENTRY**
        vs.                          ) **OF DEFAULT AGAINST DEFENDANTS**
10                                   )
                                     )
11 CURTIS O. BARNES, P.C., CURTIS O. )
   BARNES, FORTIS CAPITAL, LLC AND   )
12 DANIEL RUPP,                      )
                                     )
13          Defendants.              )

14     I, RONALD WILCOX, DECLARE AS FOLLOWS:

15     1.   I am an attorney and counsel for Plaintiff in the above-captioned matter. In the

16          course of my employment I have become familiar with the manner and method in

17          which my law office maintains its books and records in the ordinary course of

18          business. Those books and records are managed by employees whose duty it is to

19          keep the books and records accurately and completely and to record each event or

20          item at or near the time of the event or item so noted. Additionally, I have personal

21          knowledge of the matter herein.

22     2.   Plaintiff served the complaint on defendants Curtis O. Barnes, P.C., Curtis O. Barnes,

23          and Daniel Rupp on November 29, 2007 and on defendant Fortis Capital, LLC on

24          December 10, 2007 as is evidenced by the Certificates of Service filed with the court

25          (Docket #3, Docket #4, Docket #5, and Docket #6). The time to Answer has expired.

3. Plaintiff conferred with Robert Barnes, in-house counsel for Defendant Curtis O. Barnes, P.C. On Monday, January 7, 2008 Plaintiff requested Defendants to answer the complaints by Friday, January 11, 2008. At about 5 p.m. on Friday, January 11, 2008, Robert Barnes sent an e-mail claiming Defendants had hired San Francisco attorney, Tomio Narita, to represent them. Tomio Narita failed to contact Plaintiff's counsel. Defendants failed to answer the complaint.

4. On Wednesday, January 16, 2008, Plaintiff's counsel faxed Tomio Narita a letter requesting he file answers to the complaints, otherwise Plaintiffs would take defaults. Tomio Narita failed to contact Plaintiff's counsel. Defendants have made no effort to answer the complaints or otherwise respond.

5. Plaintiff has provided Defendants with ample time to file an Answer to the complaint.

6. No answer has been filed as required by the Federal Rules of Civil Procedure. Thus, Plaintiff is entitled to a Default against the Defendants.

I hereby attest the above is true and correct under penalty of perjury. This declaration is entered into under the laws of the State of California, in San Jose, CA on the date shown below.

Dated: 1/23/08

Ronald Wilcox, Attorney for Plaintiff

2