RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for Plaintiff

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON,<br><br>Plaintiff,<br>vs.<br><br>CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC AND DANIEL RUPP,<br><br>Defendants. | Case No.: C07-05529 RS<br><br>**AMENDED DECLARATION OF RONALD WILCOX IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

I, RONALD WILCOX, DECLARE AS FOLLOWS:

1. I am an attorney and counsel for Plaintiff in the above-captioned matter. In the course of my employment I have become familiar with the manner and method in which my law office maintains its books and records in the ordinary course of business. Those books and records are managed by employees whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted. Additionally, I have personal knowledge of the matter herein.

2. Plaintiff served the complaint on defendants Curtis O. Barnes, P.C., Curtis O. Barnes, and Daniel Rupp on November 29, 2007 and on defendant Fortis Capital, LLC on December 10, 2007 as is evidenced by the Certificates of Service filed with the court (Docket #3, Docket #4, Docket #5, and Docket #6). The time to Answer has expired.

3. Plaintiff conferred with Robert Barnes, in-house counsel for Defendant Curtis O. Barnes, P.C. On Monday, January 7, 2008 Plaintiff requested Defendants to answer the complaints by Friday, January 11, 2008. At about 5 p.m. on Friday, January 11, 2008, Robert Barnes sent an e-mail claiming Defendants had hired San Francisco attorney, Tomio Narita, to represent them. Tomio Narita failed to contact Plaintiff's counsel. Defendants failed to answer the complaint.

4. On Wednesday, January 16, 2008, Plaintiff's counsel faxed Tomio Narita a letter requesting he file answers to the complaints, otherwise Plaintiffs would take defaults. Tomio Narita failed to contact Plaintiff's counsel. Defendants have made no effort to answer the complaints or otherwise respond.

5. Plaintiff has provided Defendants with ample time to file an Answer to the complaint.

6. To be best of my knowledge, the Defendants are not in the military and are not incompetent persons.

7. No answer has been filed as required by the Federal Rules of Civil Procedure. Thus, Plaintiff is entitled to a Default against the Defendants.

I hereby attest the above is true and correct under penalty of perjury. This amended declaration is entered into under the laws of the State of California, in San Jose, CA on the date shown below.

Dated: 1/23/08

_____
Ronald Wilcox, Attorney for Plaintiff