**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                              408.535.5364

January 24, 2008


RE:  CV 07-05529 RS          RHONDA HARRISON-v- CURTIS O. BARNES, P.C., ET AL.


Default is entered as to defendants Curtis O. Barnes, P.C., Curtis O. Barnes, Fortis Capital and Daniel Rupp on January 24, 2008.



                                                    RICHARD W. WIEKING, Clerk


                                                    by Betty Walton
                                                    Case Systems Administrator


NDC TR-4  Rev. 3/89