TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Curtis O. Barnes, P.C., Curtis O. Barnes,
Fortis Capital, LLC and Daniel Rupp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RHONDA HARRISON, | ) | CASE NO.: C07 05529 RS |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC, and DANIEL RUPP, | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Tomio B. Narita, Esq., of the law firm Simmonds & Narita LLP hereby notes his appearance as counsel for the defendants in this matter.

DATED: January 29, 2008            SIMMONDS & NARITA LLP
                                   TOMIO B. NARITA
                                   JEFFREY A. TOPOR


                          By:   s/Tomio B. Narita
                                   Tomio B. Narita
                                   Attorneys for Defendants