RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RHONDA HARRISON, ) | Case No.: 07-05529 RS |
| Plaintiff, ) | |
| v. ) | **REQUEST FOR REASSIGNMENT** |
| CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC, and DANIEL RUPP, ) | |
| Defendants. ) | |

    Defendants failed to timely answer the Complaint and thus defaulted. Since Plaintiff may need to move for a Default Judgment (which is required to be heard by a United States District Judge), Plaintiff respectfully requests the reassignment of this case to a United States District Judge.

Date: 2/7/08                                  /s/Ronald Wilcox
                                                    Ronald Wilcox, Attorney for Plaintiff