TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Curtis O. Barnes, P.C., Curtis O. Barnes,
Fortis Capital, LLC and Daniel Rupp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON, | CASE NO.: C07 05529 JF |
| Plaintiff, | |
| vs. | **DECLARATION OF TOMIO B. NARITA IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE DEFAULT** |
| CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC, and DANIEL RUPP, | |
| | Date: April 18, 2008 |
| | Time:  9:00 a.m. |
| Defendants. | Crtrm.: 3, 5th Floor |
| | The Honorable Jeremy Fogel |

I, Tomio B. Narita, declare as follows:

1. I am an attorney duly licensed to practice before this Court and all courts of the State of California. I am counsel of record for Defendants in this action. I make this declaration in support of Defendant's Motion to Set Aside Default. I have personal knowledge of the facts set forth below, and could and would testify thereto if called upon to do so.

2. On or about January 10, 2008, I was contacted by Robert Barnes to discuss possible representation of the Defendants in this action. I agreed to review the Complaint and to send Mr. Barnes and engagement agreement, setting forth the terms upon which my firm would represent Defendants.

3. On January 11, 2008, I prepared a proposed engagement agreement which I sent to Mr. Barnes.

4. After I received the executed engagement agreement and retainer from Defendants, on January 25, 2008, I contacted counsel for Plaintiff, Ronald Wilcox. I told him that I was aware that he had sought and obtained a default from the Clerk, and I requested that he stipulate to set aside the default entered against Defendants so as not to burden the Court with unnecessary motion practice. A true and correct copy of my letter to Mr. Wilcox is attached hereto as **Exhibit A**.

5. I received no response from Mr. Wilcox. Thus, on January 29, 2008, I sent Mr. Wilcox another letter and a proposed stipulation to set aside Defendants' default. A true and correct copy of that letter with the proposed stipulation is attached hereto as **Exhibit B**. I also filed a Notice of Appearance of Counsel in this action on February 29, 2008 (docket entry number 29).

6. During the first week of February, Mr. Wilcox and I spoke by telephone and exchanged emails regarding my request that he stipulate to set aside Defendants' default. Mr. Wilcox has refused to so stipulate.

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing information is true and correct. Executed this 19th day of
3  February, 2008 in San Francisco, California.

By: _____
Tomio B. Narita

# Exhibit A

# SIMMONDS & NARITA LLP

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 3010
SAN FRANCISCO, CALIFORNIA 94104-4816
TELEPHONE (415) 283-1000
FAX (415) 352-2625
www.snllp.com

TOMIO B. NARITA
DIRECT DIAL (415) 283-1010
EMAIL tnarita@snllp.com

January 25, 2008

VIA FACSIMILE (408) 296-0486

Ronald Wilcox
Attorney At Law
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126

Re: *Harrison v. Curtis O. Barnes, P.C. et al.*
Case No. 07 05529 RS

Dear Ron:

I am writing to request that you agree to stipulate to set aside the default that was entered against Defendants on January 24, 2008. You were notified directly by my client on January 11, 2008 that my office was going to be retained to defend this case. There was a short delay while my client was out of town before the engagement arrangement could be formalized. In addition, I note that Plaintiff's Request for Entry of Default is defective, as it was not served on any defendant (or on my office). I am certain that the Court would grant a motion to set aside the default under these circumstances. However, I would request that we not burden the Court with unnecessary motion practice. My office can prepare a stipulation for your signature. Please advise on how you wish to proceed.

Very truly yours,

Tomio B. Narita

```
TRANSMISSION VERIFICATION REPORT

                                              TIME  : 01/25/2008 16:04
                                              NAME  : SIMMONDS NARITA LLP
                                              FAX   : 415-352-2625
                                              TEL   :
                                              SER.# : BROL2J854532


DATE,TIME                      01/25 16:03
FAX NO./NAME                   14082960486
DURATION                       00:00:14
PAGE(S)                        01
RESULT                         OK
MODE                           STANDARD
                               ECM
```

# SIMMONDS & NARITA LLP

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 3010
SAN FRANCISCO, CALIFORNIA 94104-4816
TELEPHONE (415) 283-1000
FAX (415) 352-2625
www.snllp.com

TOMIO B. NARITA
DIRECT DIAL (415) 283-1010
EMAIL tnarita@snllp.com

January 25, 2008

VIA FACSIMILE (408) 296-0486

Ronald Wilcox
Attorney At Law
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126

Re:   *Harrison v. Curtis O. Barnes, P.C. et al.*
      Case No. 07 05529 RS

Dear Ron:

    I am writing to request that you agree to stipulate to set aside the default that was entered against Defendants on January 24, 2008. You were notified directly by my client on January 11, 2008 that my office was going to be retained to defend this case. There was

# Exhibit B

# SIMMONDS & NARITA LLP

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 3010
SAN FRANCISCO, CALIFORNIA 94104-4816
TELEPHONE (415) 283-1000
FAX (415) 352-2625
www.snllp.com

TOMIO B. NARITA
DIRECT DIAL (415) 283-1010
EMAIL tnarita@snllp.com

January 29, 2008

VIA FACSIMILE (408) 296-0486

Ronald Wilcox
Attorney At Law
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126

Re: *Harrison v. Curtis O. Barnes, P.C. et al.*
Case No. 07 05529 RS

Dear Ron:

Please advise if you will sign the attached stipulation to set aside Defendants' default. If so, please return an executed copy and my office will file it with the Court.

Very truly yours,

Tomio B. Narita

Enclosure

TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Curtis O. Barnes, P.C., Curtis O. Barnes,
Fortis Capital, LLC and Daniel Rupp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON, | CASE NO.: C07 05529 RS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFENDANTS' DEFAULT** |
| CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC, and DANIEL RUPP, | |
| Defendants. | |

HARRISON V. CURTIS O. BARNES, P.C. ET AL. (CASE NO. C07 05529 RS)
STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFENDANTS' DEFAULT

1     Plaintiff Rhonda Harrison ("Plaintiff"), and defendants Curtis O. Barnes, P.C., Curtis O. Barnes, Fortis Capital, LLC and Daniel J. Rupp (collectively, "Defendants") by and through their counsel, hereby stipulate and agree that:

    WHEREAS, the Complaint in this action was filed on October 30, 2007; and

    WHEREAS, Defendants were served with the Summons and Complaint as indicated in Plaintiff's proofs of service filed on January 23, 2008 (docket entry numbers 3 through 6); and

    WHEREAS, Plaintiff requested Defendants' default on January 23, 2008 (docket entry number 7) which was granted by the Clerk of the Court on January 24, 2008 (docket entry number 10); and

    WHEREAS Defendants have engaged counsel and will file an Answer to the Complaint;

    IT IS THEREFORE STIPULATED AND AGREED THAT the parties request that the default entered by the Clerk against Defendants be set aside by the Court.

    IT IS SO STIPULATED.

DATED: January ___, 2008    RONALD WILCOX

By: _____
    Counsel for Plaintiff

DATED: January 29, 2008    SIMMONDS & NARITA LLP

By: _____
    Tomio B. Narita
    Counsel for Defendants

# ORDER

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that the Clerk's Default entered as to defendants Curtis O. Barnes, P.C., Curtis O. Barnes, Fortis Capital, LLC and Daniel Rupp is hereby set aside. Defendants shall file their Answer to the Complaint within ten days of this Order.

IT IS SO ORDERED.

DATED: _____, 2008          By: _____
                                        Magistrate Judge Richard Seeborg

**SIMMONDS & NARITA LLP**
44 MONTGOMERY STREET, SUITE 3010
SAN FRANCISCO, CALIFORNIA 94104-4816

TEL: (415) 283-1000
FAX: (415) 352-2625

# FAX COVER SHEET

January 29, 2008

To:        Ronald Wilcox
Company:
Fax No.:   (408) 296-0486

From:      Tomio B. Narita
Matter:    *Harrison v. Curtis O. Barnes, P.C. et al.*

Message:   Please See Attached.

| ATTACHED DOCUMENT(S) | NUMBER OF PAGES |
|---|---|
| Letter | 1 |
| Stipulation and [Proposed] Order to Set Aside Defendants' Default | 3 |
|  |  |
|  |  |

TOTAL PAGES INCLUDING COVER SHEET:                         5

HARD COPY WILL NOT FOLLOW

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited.*

PLEASE TELEPHONE US IMMEDIATELY AT (415) 283-1000
IF YOU FAIL TO RECEIVE ALL PAGES

```
          TRANSMISSION VERIFICATION REPORT

                                          TIME  : 01/29/2008 15:20
                                          NAME  : SIMMONDS NARITA LLP
                                          FAX   : 415-352-2625
                                          TEL   :
                                          SER.# : BROL2J854532


  DATE,TIME                 01/29  15:19
  FAX NO./NAME              14082960486
  DURATION                  00:00:34
  PAGE(S)                   05
  RESULT                    OK
  MODE                      STANDARD
                            ECM
```

# SIMMONDS & NARITA LLP

44 MONTGOMERY STREET, SUITE 3010
SAN FRANCISCO, CALIFORNIA 94104-4816

TEL: (415) 283-1000
FAX: (415) 352-2625

# FAX COVER SHEET

January 29, 2008

To:         Ronald Wilcox
Company:
Fax No.:    (408) 296-0486

From:       Tomio B. Narita
Matter:     *Harrison v. Curtis O. Barnes, P.C. et al.*

Message:    Please See Attached.

| ATTACHED DOCUMENT(S) | NUMBER OF PAGES |
|---|---|
| Letter | 1 |
| Stipulation and [Proposed] Order to Set Aside Defendants' Default | 3 |