RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RHONDA HARRISON,<br><br>　　　　Plaintiff,<br>　　v.<br>CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC, and DANIEL RUPP,<br><br>　　　　Defendants. | Case No.: 07-05529 JF RS<br><br>**REQUEST TO CONTINUE FEBRUARY 29, 2008 CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER** |

　　　　Defendants failed to timely answer the Complaint and the Clerk entered a Default against all defendants on January 24, 2008. The case was reassigned to the Hon. Jeremy Fogel on February 7, 2008.

　　　　Plaintiff will serve deposition subpoenas on the defaulted defendants for purposes of fixing punitive damages. Plaintiff will then move for a default judgment from the Court. Thus, plaintiff respectfully requests the Court continue the February 29, 2008 Case Management Conference for 90 days.

　　　　Furthermore, I see that today Defendants filed a Motion to Set Aside the Defaults, despite not having met and conferred on the hearing date as is required by this Court's Standing Order. Thus, continuing the CMC at this time is appropriate.

1

1
2      Date: 2/19/08                    /s/Ronald Wilcox
                                        Ronald Wilcox, Attorney for Plaintiff
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**[PROPOSED] ORDER**

The Court hereby continues the February 29, 2008 Case Management Conference to _____.

IT IS SO ORDERED.

Date:

_____
HON. JEREMY FOGEL

3