1  RONALD WILCOX, Bar No. 176601                        *efiled 2/26/08
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4  Counsel for the Plaintiff

5

                          **U.S. DISTRICT COURT**
6                 **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
7  RHONDA HARRISON,                    )  Case No.: 07-05529 JF RS
                                       )
8         Plaintiff,                   )
                                       )
9      v.                              )  **REQUEST TO CONTINUE FEBRUARY**
   CURTIS O. BARNES, P.C., CURTIS O.   )  **29, 2008 CASE MANAGEMENT**
10 BARNES, FORTIS CAPITAL, LLC, and    )  **CONFERENCE and [PROPOSED]**
   DANIEL RUPP,                        )  **ORDER**
11                                     )
         Defendants.                   )
12                                     )
                                       )
13                                     )
                                       )
14 _____ )

15      Defendants failed to timely answer the Complaint and the Clerk entered a Default against

16 all defendants on January 24, 2008.  The case was reassigned to the Hon. Jeremy Fogel on

17 February 7, 2008.

18      Plaintiff will serve deposition subpoenas on the defaulted defendants for purposes of

19 fixing punitive damages.  Plaintiff will then move for a default judgment from the Court.  Thus,

20 plaintiff respectfully requests the Court continue the February 29, 2008 Case Management

21 Conference for 90 days.

22      Furthermore, I see that today Defendants filed a Motion to Set Aside the Defaults, despite

23 not having met and conferred on the hearing date as is required by this Court's Standing Order.

24 Thus, continuing the CMC at this time is appropriate.

25

                                                                                          1

1

2
  Date:  2/19/08                              /s/Ronald Wilcox
                                              Ronald Wilcox, Attorney for Plaintiff
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                        **[PROPOSED] ORDER**

3        The Court hereby continues the February 29, 2008 Case Management Conference to

4    May 30, 2008
    _____.

5

6    IT IS SO ORDERED.

7

8

    Date:  2/22/08

9

10

    _____

11    HON. JEREMY FOGEL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3