1  RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
Tel: 408-296-0400
3  Fax: 408-296-0486

4  Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON | Case No.: C07-05529 JF RS |
| Plaintiff, | REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO SET ASIDE DEFAULT |
| vs. | |
| CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC AND DANIEL RUPP, | Date: April 18, 2008<br>Time: 9:00 a.m. |
| Defendants. | HON. JEREMY FOGEL<br>U.S. District Court<br>280 South 1st St.<br>San Jose, CA 95112 |

Pursuant to Federal Rule of Evidence 201 and *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) and Plaintiff Rhonda Harrison respectfully requests that this Court take judicial notice of the following public information and Court Orders:

1. *Frier v. Curtis O. Barnes, et al.*, 07-942 (M.D. FL), Entry of Default, July 18, 2007 (Docket #7). Attached as **Exhibit 1**.

2. *Hoff v. Curtis O. Barnes, P.C.*, 07-215 (D. OR. 2007), Judgment, October 31, 2007 (Docket #20). Attached as **Exhibit 2**.

3. *Keicher-Snedden v. Curtis O. Barnes, P.C.*, 07-0157 (W.D. NY) Entry of Default, July 19, 2007 (Docket #4). Attached as **Exhibit 3**.

Dated: 3/28/08                         /s/ Ronald Wilcox
                                       Ronald Wilcox, Attorney for Plaintiff

- 1 -

REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO SET ASIDE DEFAULT