# Exhibit 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DEBRA FRIER,

        Plaintiff,

-vs-                                    Case No. 8:07-cv-942-T-23MSS

CURTIS O. BARNES and JOHN DOE,

        Defendants.
_____/

**ENTRY OF DEFAULT**

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Law Office of Curtis O. Barnes, P.C.** in Tampa, Florida on this __18th__ day of July, 2007.

                            SHERYL L. LOESCH, CLERK

                            By:    s/B. Napier
                                      Deputy Clerk

Copies furnished to:

Counsel of Record
Any Unrepresented Party

# Exhibit 2

Terrance J. Slominski  
Slominski & Associates  
7150 SW Hampton, Suite 201  
Tigard, Oregon 97223  
(503) 968-2505  
FAX: 503-684-7905  
tjslominski@yahoo.com

FILED '07 OCT 31 16:52 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CYNTHIA HOFF, | ) |
| | ) CASE NO.: 3:07-CV-215 JE |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| CURTIS O. BARNES, PC, | ) |
| | ) |
| Defendants. | ) |

This matter came on before the court on application for a default judgment after an entry of an order finding the Defendant in default for failure to appear within the time allowed by law,

It is HEREBY ORDERED AND ADJUDGED, that Plaintiff is awarded $10,000 in general damages together with $10,000 in punitive damages, $5,000 of which shall be payable to her attorney, Terrance J. Slominski. In addition, Plaintiff shall recover her costs in the amount of $350 and attorney fees in the amount of $ 3,000 .00, which under all of the circumstances, the Court finds to be a reasonable fee.

DATED this 31st of October, 2007.

_Anna Brown_  
Judge Anna Brown  
United States District Judge.

Page 1- JUDGMENT

# Exhibit 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PATRICIA KEICHER-SNEDDEN          PLAINTIFF

                                                                                                       Case No.: 07-CV-157A

V.

CURTIS O. BARNES, A PROFESSIONAL   DEFENDANT(S)
CORPORATION

---

**ENTRY OF DEFAULT**

IT APPEARING THAT DEFENDANT

Curtis O. Barnes, A Professional Corporation

IS IN DEFAULT FOR FAILURE TO APPEAR OR OTHERWISE DEFEND AS REQUIRED BY LAW. DEFAULT IS HEREBY ENTERED AS AGAINST SAID DEFENDANT ON THIS 19th DAY OF July, 2007.

                                                      RODNEY C. EARLY, CLERK

                                                    By: s/Suzanne Grunzweig
                                                         Deputy Clerk