RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON,<br><br>    Plaintiff,<br>vs.<br><br>CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC AND DANIEL RUPP,<br><br>    Defendants. | Case No.: C07-05529 JF RS<br><br>STIPULATION TO SUBMIT MOTION TO SET ASIDE DEFAULT ON THE BRIEFS, and [PROPOSED] ORDER<br><br>Date: April 18, 2008<br>Time: 9:00 a.m.<br><br>HON. JEREMY FOGEL<br>U.S. District Court<br>280 South 1st St.<br>San Jose, CA 95112 |

In an effort to reduce costs and fees the parties hereby agree to submit the Motion to Set Aside Defaults matter on the briefs already e-filed with the court. Thus, the parties respectfully request the court vacate the April 18, 2008 hearing on the matter.

Dated: 4/9/08                                      /s/_____
                                                   Ronald Wilcox, Attorney for Plaintiff

Dated: 4/9/08                                      /s/_____
                                                   Tomio Narita, Attorney for Defendants

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation the Motion to Set Aside Default shall be submitted on the briefs and the hearing of April 18, 2008 is hereby vacated.

**IT IS SO ORDERED.**

1

1   Date: 4/14/08
2   _____
    HON. JEREMY FOGEL
3   U.S. DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25