RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON,<br><br>        Plaintiff,<br>vs.<br><br>CURTIS O. BARNES, P.C., CURTIS O. BARNES, FORTIS CAPITAL, LLC AND DANIEL RUPP,<br><br>        Defendants. | Case No.: C07-05529 JF<br><br>**REQUEST TO CONTINUE MAY 30, 2008 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

A Motion to Set Aside Default is currently under submission with the Court. Therefore, Plaintiff respectfully requests the Court continue the May 30, 2008 Case Management Conference for 60-days.

Respectfully,

_____        5/27/08
Ronald Wilcox, Attorney for Plaintiff        Date

**[PROPOSED] ORDER**

The May 30, 2008 Case Management Conference is hereby continued to

_____.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL, U.S. DISTRICT JUDGE

1