RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON,<br><br>              Plaintiff,<br><br>     vs.<br><br>CURTIS O. BARNES, P.C., CURTIS O.<br>BARNES, FORTIS CAPITAL, LLC AND<br>DANIEL RUPP,<br><br>              Defendants. | Case No.: C07-05529 JF<br><br>**REQUEST TO CONTINUE MAY 30, 2008<br>CASE MANAGEMENT CONFERENCE<br>AND [PROPOSED] ORDER** |

A Motion to Set Aside Default is currently under submission with the Court.  Therefore,

Plaintiff respectfully requests the Court continue the May 30, 2008 Case Management

Conference for 60-days.

Respectfully,

_____          5/27/08
Ronald Wilcox, Attorney for Plaintiff          Date

**[PROPOSED] ORDER**

The May 30, 2008 Case Management Conference is hereby continued to

8/8/08 at 10:30 _____.

**IT IS SO ORDERED.**

Date: _____ 5/28/08

_____
HON. JEREMY FOGEL, U.S. DISTRICT JUDGE

1