1  TOMIO B. NARITA (SBN 156576)
   ROBIN M. BOWEN (SBN 230309)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  rbowen@snllp.com

6  Attorneys for Defendants
   Curtis O. Barnes, P.C., Curtis O. Barnes,
7  Fortis Capital, LLC and Daniel Rupp

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  RHONDA HARRISON,                )   CASE NO.: C07 05529 JF
                                    )
13           Plaintiff,             )
                                    )
14      vs.                         )   **DEFENDANTS' CERTIFICATE**
                                    )   **OF INTERESTED PARTIES**
15  CURTIS O. BARNES, P.C.,         )
    CURTIS O. BARNES, FORTIS        )
16  CAPITAL, LLC, and DANIEL        )
    RUPP,                           )
17                                  )
             Defendants.            )
18                                  )
                                    )
19  _____  )

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned counsel of record for
2  Defendants certifies that other than the named defendants in this action, no other
3  persons, associations of persons, firms, partnerships, corporations (including
4  parent corporations) or other entities (i) have a financial interest in the subject
5  matter in controversy or in a party to the proceeding, or (ii) have a non-financial
6  interest in that subject matter or in a party that could be substantially affected by
7  the outcome of this proceeding.

9  DATED: August 21, 2008            SIMMONDS & NARITA LLP
                                      TOMIO B. NARITA
10                                    ROBIN M. BOWEN

12                                   By:   s/Robin M. Bowen
                                           Robin M. Bowen
13                                         Attorneys for Defendants