**E-Filed 2/5/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHONDA HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>CURTIS O. BARNES, a professional corporation, et al.<br><br>    Defendants. | Case Number C 07-5529 JF (RS)<br><br>ORDER OF DISMISSAL |

  The parties have advised the Court that they have agreed to a settlement of this case.

  IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

  The Case Management Conference set for February 6, 2009 is VACATED.

Dated:  February 5, 2009

                JEREMY FOGEL
                United States District Judge

Case No. C 07-5529 JF (RS)
ORDER OF DISMISSAL
(JFLC2)

Copies of Order served on:

Jeffrey A. Topor   jtopor@snllp.com, sschmitt@snllp.com

Robin Marie Bowen   rbowen@snllp.com, sschmitt@snllp.com

Ronald Wilcox   ronaldwilcox@post.harvard.edu

Tomio Buck Narita   tnarita@snllp.com, sschmitt@snllp.com

2